AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DAVID O VIRIJEVICH
    Plaintiff

v.   Civil Action No. 2:23-cv-47

CHESTERTON TOWN OF

DAVID D CINCOSKI, *in his official and individual capacities*

PETER A DUDA, *in his official and individual capacities*

MICHAEL S ORLICH, *in his official and individual capacities*
    Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____

**X** Other: Judgment is ENTERED in favor of Defendants Chesterton Town of, David D Cincoski, Peter A Duda, Michael S Orlich and against Plaintiff David O Virijevich.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by   Judge Gretchen S Lund on Defendants' Motion for Summary Judgment.

DATE:   7/16/2025   CHANDA J. BERTA, CLERK OF COURT

    by   s/N. Corle
    *Signature of Clerk or Deputy Clerk*